### HORN v. TRAINA et al.

(Supreme Court, Appellate Term, First Department. March 13, 1916.)

Appeal and Error ⟨⟩1010—Review—Weight of Evidence.

Where the determination of the trial justice was not contrary to the weight of evidence, it will not be disturbed.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3979–3982, 4024; Dec. Dig. ⟨⟩1010.]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by John A. Horn against Anthony Traina and Gaetano Traina. From a judgment in favor of plaintiff, defendants appeal. Judgment reversed as to defendant Gaetano Traina, and affirmed as to defendant Anthony Traina.

Argued February term, 1916, before LEHMAN, WEEKS, and DELEHANTY, JJ.

Hirson & Bertini, of New York City (Max M. Hirson and Amedeo A. Bertini, both of New York City, of counsel), for appellants.

William F. Wund, of New York City, for respondent.

WEEKS, J. There was no evidence to support the claim of partnership between the defendants, and the motion to dismiss the complaint as to the defendant Gaetano Traina should have been granted.

Upon the other questions in dispute, however, the determination of the trial justice is not contrary to the weight of evidence, and it should not be disturbed.

The judgment, therefore, should be reversed as to Gaetano Traina, without costs, and complaint dismissed, without costs, and affirmed as to defendant Anthony Traina, with $25 costs. All concur.